IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGAW ZENEBE BAHTA,<br><br>Defendant. | CV 23-42-M-DLC-KLD<br><br><br>ORDER |

The United States of America has filed an Application for Order Directing Service by a U.S. Marshal pursuant to Federal Rule of Civil Procedure 4(c)(2). (Doc. 6). Accordingly, and good cause appearing,

IT IS ORDERED that the motion is GRANTED. The United States shall submit the certified copy, marshal forms, summons and complaint to the U.S. Marshals Service for the District of Montana for service upon Defendant Angaw Zenebe Bahta.

IT IS FURTHER ORDERED that the U.S. Marshals Service is directed to serve the Summons and Complaint upon the defendant.

DATED this 13th day of June, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge